**15-25-00220-CV**

NO. 15-25-00142-CV

IN THE FIFTEENTH COURT OF APPEALS

AUSTIN, TEXAS

IN RE

ROBERT EDWARD BATTAILE, Relator

ACCEPTED
15-25-00142-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/1/2025 12:00 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/1/2025 12:00:00 AM
CHRISTOPHER A. PRINE
Clerk

**ADDENDUM TO SUPPLEMENTAL PETITION FOR WRIT OF MANDAMUS**

New Evidence – November 26, 2025 – Filed: November 28, 2025

**TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:**

Relator submits this Addendum to provide newly emerging, time-critical evidence arising on November 26, 2025, after the filing of the November 25 Supplemental Petition for Writ of Mandamus. This incident directly reflects the same pattern of obstruction, denial of access, and staff-controlled manipulation of public processes described in Relator's original Mandamus and prior Supplement.

**I. NEW EVIDENCE (11/27/2025): OBSTRUCTION OF CORRESPONDENCE TO CHARTER REVIEW COMMISSION CHAIR**

On November 26, 2025, Relator attempted to deliver a Copy of the Supplemental Mandamus pleading to Daniel Mendoza, Chair of the City of Manor Charter Review

Commission ("CRC"). Although the CRC not addressed in the original Mandamus, the obstruction encountered is identical in character to the TOMA-related barriers, public-participation restrictions, and staff interference previously documented for this Court.

In brief, at the reception window of City Hall, the receptionist stated:

• She had been instructed not to accept any correspondence addressed to the CRC;

• That "anything… has to be presented the day of the meeting";

• And that the instructions came directly from City Secretary Lluvia Almaraz, whom she had contacted by phone. City Secretary and City Attorney are CRC's only advisors at the unrecorded, unstreamed and unarchived video recording of four CRC meetings thus far.

When City Secretary, Lluvia Almaraz then stepped to the window, she:

• Declined to notify the CRC Chair;

• Declined to provide an email or any method of contact;

• Stated: "We won't see him until the day of the meeting."

• Responded dismissively and refused assistance, until begrudgingly accepting the letter.

**This is Relator's transcript of the recorded two minute-14 second conversation.**

[00:00:01.660] – Robert: *Okay, you're saying what now?*

[00:00:03.660] – Receptionist: *I was notified that anything that you're going to be forwarding over to the commission, it just has to be presented the day of. I'm not able to mail anything or forward the documentation. It has to be presented the day of, which is*

*what I was told.*

[00:00:17.460] – Robert: *By who?*

[00:00:18.660] – Receptionist: *I had to give a quick call to Lluvia.*

[00:00:20.800] – Robert: *Pardon me?*

[00:00:21.290] – Receptionist: *To Lluvia.*

[00:00:23.640] – Robert: *She's the City Secretary.*

[00:00:25.780] – Receptionist: *Right. Yes. I did have to get information because I wasn't too sure who this documentation was to be going over to. But if it's going to be going over to the commission, she did state it has to be presented to the day of city council meeting.*

[00:00:35.640] – Robert: *Well, I already told the court I was going to deliver it to him here.*

[00:00:39.020] – Receptionist: *Okay, yeah. So he doesn't have an office, right. We're not able to forward any documentation over to the commission. I had to I have a quick call to Lluvia. She did notify us that any documentation has to be presented the day of.*

[00:00:52.580] – Robert: *Well, this is about a lawsuit.*

[00:00:55.000] – Receptionist: *Yes, sir. So I, that's what I was told.*

[00:00:57.170] – Robert: *I can't- Okay, yeah. I'm not trying. I'm not. Understand; I'm*

*not upset at you. But it's just this is a secret commission meeting in secret, and I can't even give a letter for her to send to him. Is that what you're saying?*

[00:01:15.860] – Receptionist: *So, I was just notified that I'm not able to accept anything that is going to be for the commission. It has to be presented the day of the meeting.*

[00:01:24.100] – Robert: *Can you give me their email address?*

[00:01:26.160] – Receptionist: *For who exactly? For you here?* (points to addressee)

[00:01:27.780] - Lluvia Almaraz, City Secty (walks up to front window) *Hi.*

[00:01:28.540] – Robert: *Yeah.*

[00:01:29.120] – Lluvia: *Well, how may I help you?*

[00:01:30.460] – Robert: *I'm trying to give something to the chairperson of the Charter Review Commission.*

[00:01:35.800] – Lluvia: *What, so are you attending the last meeting? 'Cause you can, because just like you do regular council meetings, you-*

[00:01:41.700] – Robert: *What's that got to do with it?*

[00:01:43.560] – Lluvia: *I'm letting you know the process. For the commissioners. Just like P&Z (Planning & Zoning Commission), anything that you want to provide to them to provide-*

[00:01:49.060] – Robert: *P&Z, I can send an email.*

15-25-00142-CV

[00:01:49.060] – Lluvia: *You send an email to the group.*

[00:01:54.900] – Robert: *I send P&Z Commission.*

[00:01:56.360] – Lluvia: *Okay, so what do you want to do?*

[00:01:57.780] – Robert: *I'd like this to be, to get to the chairperson of the Charter Review Commission.*

[00:02:01.640] – Lluvia: *We won't see him until the day of the meeting.*

[00:02:03.160] – Robert: *Why don't you call him and tell him you have it here?*

[00:02:05.080] – Lluvia: *I'm not going to call him. Or let him know.*

[00:02:07.280] – Robert: *I don't have a number for him.*

[00:02:09.260] – Lluvia: *Okay.* (exasperated)

[00:02:10.060] – Robert: *So I have no way-*

[00:02:10.820] – Lluvia: *That's fine. We'll take it.*

[00:02:12.180] – Robert: *Okay, thank you.*

[00:02:12.780] – Lluvia: *Have a good day.*

[00:02:13.520] – Robert: *You, too.* (she leaves with the large envelope)

**NOTE REGARDING AUDIO FILE:**

Because eFileTexas does not accept audio formats, Relator cannot upload the original .m4a recording through the electronic filing system. Relator certifies that the full native

15-25-00142-CV

audio file of the November 27, 2025 interaction is preserved and **is available for immediate submission to the Court upon request**.

## II. LEGAL SIGNIFICANCE

Although the Charter Review Commission was not at issue in the original Mandamus, this new episode:

• Demonstrates a continuing pattern of denial of access to public bodies;

• Mirrors the same TOMA violations identified in prior filings (unrecorded meetings, suppressed public comments, refusal to accept participation);

• Confirms that the harms described in this case are ongoing and expanding;

• Reinforces the need for mandamus relief due to irreparable injury to Relator's constitutional rights under Tex. Const. art. I §§ 8, 13, 19, and 27.

This conduct also violates the City's Code of Ethics:

•§12.02.032(a) – misuse of office;

•§12.02.032(b) – improper influence / denial of access;

•§12.02.032(c) – discourteous or hostile treatment;

•§12.02.032(d) – retaliation.

Relator additionally gives notice that a formal Ethics Commission Complaint will be

filed. Under Manor Code §12.02.041, the City Manager is required to convene the Ethics Commission upon receipt.

## PRAYER

Relator respectfully requests that this Court:

1. Accept this Addendum as part of the record in this Mandamus proceeding;

2. Consider Exhibits A in evaluating the ongoing, real-time nature of the harms described herein;

3. Enjoin a Reset with the same Charter Review Commission members; and

4. Grant such additional mandamus relief as justice may require.

Respectfully submitted this 28th day of November by,

_____*/s/ Robert Edward Battaile*_____
Robert Edward Battaile

502 E. Eggleston St., Unit B, Manor, Texas 78653
robert@manortx.us 512-662-2955

## CERTIFICATE OF SERVICE

I certify that on November 28, 2025, a true and correct copy of this Addendum to the Supplemental Petition for Writ of Mandamus was served electronically through the State of Texas electronic filing system (eFileTexas) on all counsel and parties of record listed for Case No. 15-25-00142-CV in the Fifteenth Court of Appeals, including the Office of the Attorney General as counsel for the State of Texas.

In addition, consistent with TRAP 9.5 and standard municipal-representation practice, notice of this filing is also provided to:

Daniel Mendoza, Chair of the Charter Review Commission, and the Charter Review Commission as a municipal body, via the City Attorney for the City of Manor (Knight Law Firm) through this eFiling.

<u>    */s/ Robert Edward Battaile*        </u>
Robert Edward Battaile, Relator Pro Se

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108525170
Filing Code Description: Other Document
Filing Description: ADDENDUM TO SUPPLEMENTAL PETITION FOR WRIT OF MANDAMUS
Status as of 12/1/2025 11:46 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jeffrey Hobbs | 24012837 | jhobbs@abaustin.com | 11/28/2025 11:03:59 AM | SENT |
| Michael Kabat | 24050847 | mkabat@mcginnislaw.com | 11/28/2025 11:03:59 AM | SENT |
| Joanna Salinas | 791122 | joanna.salinas@fletcherfarley.com | 11/28/2025 11:03:59 AM | SENT |
| William Davidson | 5447000 | bdavidson@chmc-law.com | 11/28/2025 11:03:59 AM | SENT |
| Gavin Villareal | 24008211 | gavin.villareal@bakerbotts.com | 11/28/2025 11:03:59 AM | SENT |
| Michael Roberts | 24082153 | mroberts@jw.com | 11/28/2025 11:03:59 AM | SENT |
| Cynthia Veidt | 24028092 | cynthia.veidt@traviscountytx.gov | 11/28/2025 11:03:59 AM | SENT |
| Stephanie Serrano | 24092655 | sserrano@rothberg.law | 11/28/2025 11:03:59 AM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 11/28/2025 11:03:59 AM | SENT |
| Patrick Kelly | 11228000 | pat.kelly@traviscountytx.gov | 11/28/2025 11:03:59 AM | SENT |
| Tyler Ryska | 24096597 | tryska@rigbyslack.com | 11/28/2025 11:03:59 AM | SENT |
| Austin Jones | 24116579 | ajones@mcginnislaw.com | 11/28/2025 11:03:59 AM | SENT |
| William Duncan | 24124453 | wduncan@rigbyslack.com | 11/28/2025 11:03:59 AM | SENT |
| Roy Adams | | roy.adams@oag.texas.gov | 11/28/2025 11:03:59 AM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 11/28/2025 11:03:59 AM | SENT |
| Lauren Bush | 24142742 | lbush@jw.com | 11/28/2025 11:03:59 AM | SENT |
| Anna Puff | 24144206 | gtwnfilings@sneedvine.com | 11/28/2025 11:03:59 AM | SENT |
| Edward Smith | 24037790 | esmith@808west.com | 11/28/2025 11:03:59 AM | SENT |
| Robert EdwardBattaile | | robert@manortx.us | 11/28/2025 11:03:59 AM | SENT |
| Annette Bittick | | abittick@mcginnislaw.com | 11/28/2025 11:03:59 AM | SENT |
| Patricia Muniz | | paralegal@rigbyslack.com | 11/28/2025 11:03:59 AM | SENT |
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 11/28/2025 11:03:59 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 108525170
Filing Code Description: Other Document
Filing Description: ADDENDUM TO SUPPLEMENTAL PETITION FOR WRIT OF MANDAMUS
Status as of 12/1/2025 11:46 AM CST

Case Contacts

| Name | | Email | Date | Status |
|---|---|---|---|---|
| Raylynn Howell | | raylynn.howell@bakerbotts.com | 11/28/2025 11:03:59 AM | SENT |
| Kim McBride | | kmcbride@mcginnislaw.com | 11/28/2025 11:03:59 AM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 11/28/2025 11:03:59 AM | SENT |
| Sneed Vine &Perry | | gtwnfilings@sneedvine.com | 11/28/2025 11:03:59 AM | SENT |
| Stormy Downing | | sdowning@rrspllc.com | 11/28/2025 11:03:59 AM | SENT |
| Andy Soule | | asoule@rrspllc.com | 11/28/2025 11:03:59 AM | SENT |
| Karah Powers | | kpowers@chmc-law.com | 11/28/2025 11:03:59 AM | SENT |
| Martha AnnAdams | | madams@abaustin.com | 11/28/2025 11:03:59 AM | SENT |
| Benjamin C. Hunt | | ben.hunt@bakerbotts.com | 11/28/2025 11:03:59 AM | SENT |
| Eldridge Burns | | eburns@rrspllc.com | 11/28/2025 11:03:59 AM | SENT |
| Amy Botelho | | abotelho@mcginnislaw.com | 11/28/2025 11:03:59 AM | SENT |
| Carol Shipley | | cshipley@rrspllc.com | 11/28/2025 11:03:59 AM | SENT |
| Emily Hill | | ehill@manortx.gov | 11/28/2025 11:03:59 AM | SENT |
| Anne Weir | | aweir@manortx.gov | 11/28/2025 11:03:59 AM | SENT |
| Legal Counsel | | info@dalfen.com | 11/28/2025 11:03:59 AM | SENT |
| W Fusselman | | wfusselman@txamfoundation.com | 11/28/2025 11:03:59 AM | SENT |